1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES, | CASE NO. 1:07-cv-01882-OWW-GSA PC |
|        Plaintiff, | ORDER REQUIRING PLAINTIFF TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS |
|   v. | |
| SCOTT BORAS, | ORDER DIRECTING CLERK'S OFFICE TO SEND IFP APPLICATION TO PLAINTIFF |
|        Defendant. | |
| _____/ | |

     Plaintiff Jonathan Lee Riches ("plaintiff") is a federal prisoner proceeding pro se in this civil rights action. Plaintiff filed this action on December 27, 2007, but has not paid the $350.00 filing fee in full or filed an application to proceed in forma pauperis.

     Plaintiff has **thirty (30) days** from the date of service of this order within which to pay the $350.00 filing fee in full or file an application to proceed in forma pauperis, or this action will be dismissed. The Clerk's Office shall send plaintiff an application to proceed in forma pauperis.

     IT IS SO ORDERED.

**Dated:**   **March 31, 2008**              **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE