# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT BORAS,<br><br>  Defendant.<br>_____/ | CASE NO. 1:07-cv-01882-OWW-GSA PC<br><br>ORDER ADOPTING FINDING AND RECOMMENDATION, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER<br><br>(Docs. 4 and 5) |

Plaintiff Jonathan Lee Riches ("Plaintiff") is a federal prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 16, 2008, the Magistrate Judge filed a Finding and Recommendation herein which was served on Plaintiff and which contained notice to Plaintiff that any objection was to be filed within eleven days. Plaintiff did not file an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 16, 2008, is adopted in full; and

///

///

///

      2.      This action is dismissed, without prejudice, for failure to obey a court order.

IT IS SO ORDERED.

**Dated:   June 12, 2008**　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE