# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT BORAS,<br><br>　　　　Defendant.<br>_____/ | CASE NO. 1:07-cv-01882-OWW-GSA PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AND RECUSAL, WITH PREJUDICE<br><br>(Doc. 8) |

　　This action was filed on December 27, 2007, and was dismissed, without prejudice, on June 13, 2008, for failure to obey the Court's order to pay the filing fee or file an in forma pauperis application. On October 2, 2008, Plaintiff, a federal prisoner proceeding pro se, filed a motion for reconsideration of the dismissal and for recusal of the judges assigned to this case.

　　Plaintiff's motion sets forth no grounds entitling him to reconsideration, Fed. R. Civ. P. 60; Local Rule 78-230(k), and his request for recusal is utterly without merit, Pesnell v. Arsenault, No. 04-56721, 2008 WL 4192067, *4-5 (9th Cir. Sept. 15, 2008). The motion is HEREBY DENIED, with prejudice.

IT IS SO ORDERED.

**Dated:　October 19, 2008**　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1